**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**WHITNEY KOCH et al.**                                                               **PLAINTIFFS**

**v.**                                **CASE NO. 4:15CV00190 BSM**

**PIZZA PROFITS, INC., et al.**                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the notice of acceptance of judgment filed by plaintiffs Whitney Koch, Maria Campanelli, Corrin Rossoborough, Rylea Wallace, and Precious Teutsh [Doc. No. 7], judgment is hereby entered in their favor and against defendants Pizza Profits, Inc., Three Buddies Incorporated, and Ben Biesenthal in the amount of $29,726.58, to be apportioned and allocated among plaintiffs as set forth in the notice of acceptance.

Plaintiffs are directed to file their motion for attorney's fees and costs no later than fourteen days after the entry of this judgment.

DATED this 22nd day of June 2015.

_____
UNITED STATES DISTRICT JUDGE